**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        CASE NO. 05-80554-02

    Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

MELISSA SUE GORDON,

    Defendant.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on August 12, 2005

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

This matter is before the Court on Defendant Melissa Sue Gordon's July 21, 2005 Motion to Change Bond Condition. On August 1, 2005, the parties filed a stipulation agreeing to have the bond condition changed. The Court finds that the facts and legal arguments are adequately presented in the parties' papers and the decision process would not be significantly aided by oral argument. Therefore, pursuant to E.D. MICH. LR 7.1(e)(2), it is hereby ORDERED that the motion be resolved on the briefs submitted. For the reasons set forth below, Defendant's Motion to Change Bond Condition is DENIED.

**II. ANALYSIS**

Defendant Melissa Sue Gordon has been indicted for Possession With Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(a)(1).  Defendant is currently on bond with the condition that she have no contact with co-defendant Victor Castano.  Defendant asserts that the bond condition is illegal because Defendant is the fiancee of co-defendant.  For support, Defendant relies on 18 U.S.C. § 3142(c), which requires the Court to impose the least restrictive conditions that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

The Court has consulted with Pre-trial Services regarding the bond conditions.  It is the opinion of Pre-trial Services that the bond condition is necessary for both the protection of Defendant and of the community.  The Court agrees.

### III. CONCLUSION

For the above reasons, the Court HEREBY DENIES Defendant's Motion to Change Bond Condition.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  August 12, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 12, 2005.

s/Marie E. Verlinde
Case Manager
(810) 984-3290